# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                              Case No: 11–60582 – DDO
TRINITY ALLEN MCDANEL
JENNY ELIZABETH MCDANEL
Debtor(s)                                      Chapter 13 Case

## ORDER ON PARTIAL CASE FILING

The petition commencing this case was filed on June 3, 2011. However, the following documents have not been filed and/or outdated forms were used:

☐ **You have filed out–dated forms. Please file the revised forms checked below as an amended petition and amended schedules or statements.**
☐ Voluntary petition (Form 1 as revised 04/10)
☐ Exhibit D (as revised 12/09)
☐ Summary of schedules and statistical summary of certain liabilities (Form 6 as revised 12/07)
☐ Schedules A–J (Form 6A – 6J as revised 12/07, Form 6C and 6E as revised 04/10)
☐ Declaration concerning debtor's schedules (Form 6 as revised 12/07)
☐ Statement of financial affairs (Form 7 as revised 04/10)
☐ Statement of compensation by attorney for debtor (Local Form 1007–1)
☐ Ch 13 Statement of current monthly income, calculation of commitment period and disposable income (Form 22C as revised 12/10)
☐ Ch 13 plan (Local Form 3015–1)
☐ Certificate of intent to cure rent and rent deposit
☐ Statement of business income (Local Form 1007–3)
☐ Signature declaration
☐ Certificate of credit counseling
☐ Notice to Consumer Debtor(s) under section 342(b) (Form B201)
☑ Payment advices cover sheet and Debtor's income records
Income Records Needed For 60–Day Period Immediately Preceding Filing
☑ Notice of responsibilities of chapter 13 debtors and their attorneys (Local Form 1007–3–1(13))

Details:

IT IS THEREFORE ORDERED:

1. Unless the court extends the time as provided in paragraph 2 of this order, the debtor(s) shall file the documents specified above, pursuant to Bankruptcy Rules 1007(c), 2016(b) or 3015, not later than June 17, 2011.
2. If these documents are not filed on or before such date or such date as the court may fix by order extending the time for such filing, and if the court has not entered an order to extend the time for such filing on application served on the trustee and the United States Trustee, an order dismissing this case shall be entered immediately, without a hearing, without further notice, and without notice to creditors, except as provided in paragraph 3 of this order.
3. If this case is dismissed pursuant to paragraph 2 of this order, notice of such dismissal stating the reason for dismissal shall forthwith be served by the clerk on the debtor(s), the attorney for the debtor(s), the trustee, the United States Trustee, and all creditors listed on the matrix filed with the petition.
4. **THE ATTORNEY FOR DEBTOR OR THE DEBTOR, IF UNREPRESENTED, SHALL SERVE THE NOTICE OF MEETING OF CREDITORS ON ALL CREDITORS NOT LISTED ON THE ORIGINAL MATRIX, SHALL FILE A CERTIFICATE OF SERVICE WITH THE COURT DEMONSTRATING THAT SUCH SERVICE HAS BEEN EFFECTED AND SHALL ADD THOSE CREDITORS TO THE COURT'S MATRIX.**
5. The clerk shall provide notice of this order to the debtors(s), the attorney for the debtor(s), the trustee and the United States Trustee.

Dated: 6/6/11

Dennis D O'Brien
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on June 6, 2011
Lori Vosejpka, Clerk, United States Bankruptcy Court, By: maryd Deputy Clerk

**mnbop13** 10/13/2005, Update 06/10/2008, Update 4/01/2010, Update 10/6/10, Update 12/1/10